IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JASON BOURNE : | |
| 2 Wisconsin Circle : | |
| #700 : | |
| Chevy Chase, Maryland 20815 : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 8:23-cv-1489 |
| : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY : | |
| 300 Seventh St., SW : | |
| Washington, DC 20024 : | |
| : | |
| : | |
| Defendant. : | |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

To the Judges of the United States District Court for the District of Maryland:

1. On or about April 19, 2023, Plaintiff filed this action against WMATA in the District Court of Maryland for Montgomery County, in the case titled *Jason Bourne v. WMATA, et al.,* under Case No. D-06-cv-23-012020.

2. WMATA received notice of the District Court of Maryland for Montgomery County action on May 5, 2023.

3. The Complaint and Writ of Summons are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., TRAN. ART., §10-204(81).

1

WHEREFORE, WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Montgomery County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:


*/s/ Neal M. Janey, Jr.*
Neal M. Janey, Jr.
*Bar No.: 26800*
Senior Counsel II
WMATA Legal Department
300 Seventh Street, S.W., Room 712-04 East
Washington, D.C. 20024
(202) 627-4540 telephone
(202) 962-2550 facsimile
E-mail: nmjaney@wmata.com


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was forwarded to the following people via the Court's ECF System, email, and U.S. Mail on this 2nd day of June 2023:

Jason Bourne
2 Wisconsin Circle
#700
Chevy Chase, Maryland 20815


*/s/ Neal M. Janey, Jr.*
Neal M. Janey, Jr.