# DISTRICT COURT OF MARYLAND FOR Montgomery County

LOCATED AT (COURT ADDRESS)
191 East Jefferson Street
Rockville, MD 20850

**CASE NO.** CVD-06-CV-23-012020

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT
☐ $5,000 or under   ☒ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:
The defendant is in various violations of various state and/or federal laws. Mainly the ADA.

SEE CONTINUATION SHEET ATTACHED.

### PARTIES

**Plaintiff**
JASON BOURNE
2 Wisconsin Circle #700 Chevy Chase, MD 20815

VS.

**Defendant(s)**

1. WMATA R/A: RANDY CLARKE -CEO-
300 7th Street SW. Washington DC 20024
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. RECEIVED
APR 1 9 2023
DISTRICT COURT 06-01
ROCKVILLE, MD
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
☐ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims:
Principal: $29,999.99
Pre-judgment interest at the ☐ legal rate ☐ contractual rate, calculated at _____ %, from _____ to _____ (_____ days x $_____ per day)
Post-judgment interest at the ☐ legal rate ☐ contractual rate until _____, legal rate thereafter ☐ waived and attorney's fees of $_____ plus court costs.
☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code    Attorney Number
Printed Name: JASON BOURNE
Address: 2 WISCONSIN CIRCLE #700
CHEVY CHASE, MD 20815
Telephone Number: _____
Fax: _____
E-mail: _____

### ATTORNEYS
For Plaintiff – Name, Address, Telephone Number & Code

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.   ☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☒ No defendant is in the military service. The facts supporting this statement are: Defendant is a business.
☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.
04/18/2023
Date                                Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.
04/18/2023
Date                                Signature of Affiant

DC-CV-001 (front) (Rev. 03/2023)    Reset    CMPET

The defendant is in violation of various state and/or federal laws. Mainly the ADA.

The plaintiff was visiting a girlfriend in a remote area when he got on a metro bus and the defendant demanded the plaintiff most likely because he's Jewish to get off the bus with his WHEELCHAIR and/or other factors. The plaintiff notified him numerous times he's disabled and even has a metro disability card even. The defendant most likely because of his PURE HATE for JEWS didn't care as the video will show.

The plaintiff in PAIN just wanted to sit down with his wheelchair but the racist bus driver finally found a person he can VICTIMIZED. A disabled Jewish guy.

As the video will show. The plaintiff had to sit down due to a high level of pain the plaintiff was in then the bus driver started calling for reinforcements. Most likely other Jew hating people. Then the passengers on the bus were weaponized against the Jewish plaintiff in which as the video will show became a gang style weaponized verbal tactical assault on the plaintiff in which now numerous people were demanding he get off the bus. The plaintiff outnumbered just decided to get off the bus.

Even after the plaintiff got off the bus. A remote worker comes over the loud speaker outside the bus truly embarrassing the plaintiff "basically" saying get off the bus even though the plaintiff was already off the bus. "He might as well said get off the bus Jew" This was done to just cause distress onto the plaintiff and make it seem just because he's Jewish and/or disabled the bus will have to wait there.

Upon the bus pulling off. You can even see the passengers giving the plaintiff the middle finger just to degrade him simply because he's Jewish and/or disabled.

This case is almost a replica of the "Rosa Parks" case almost. Except it's even worse because race & disability played a factor into the incident.

**RECEIVED**
**APR 1 9 2023**
**DISTRICT COURT 06-01**
**ROCKVILLE MD**

Upon the plaintiff having to ride his bike even in pain to the next state over which was DC then a long distance into Virginia. The plaintiff arrived at the metro station almost barely alive and/or maybe clinging to life due to having to pedal so much.

After getting to the station. The plaintiff asked the station manager to please call a supervisor to which the station manager just kept declining and even after the plaintiff then begged the station manager to call the people the plaintiff trust the most which is federal law enforcement. The station manager almost even refused to call transit police even.

Which means since a jewish person was a victim of a federal crime. He's basically garbage and does not need police assistance. This goes against almost every law currently on the books and even common sense where it someone no matter what race they are asks for police assistance they have a duty to help.

After a few minutes of waiting the plaintiff noticed two things. A supervisor for buses finally showed up as well as a unmarked pickup truck occupied three times with what looked like three white men in their older 50's possibly KKK or nazi's here to exterminate the plaintiff merely because he's Jewish and/or disabled and raising the flag by asking for the higher up's. They were "most likely" goons sent by the bus driver.

After the plaintiff noticed this. Based on intelligence & tactical knowledge. He knew something was about to go down so he started taking evidence of the unmarked truck such as video and pictures to which the most likely goons drove off with their out of state "Florida" license plates.

Also upon the supervisor waiting for the bus driver to pull up. The plaintiff noticed something else. Instead of the supervisor waiting directly at the bus stop. He was very far away almost in a "tactical stance" as well as the same unmarked pickup truck that came back around and then started rolling down the back window. Since the plaintiff has a very high amount of intelligence & tactical knowledge he knew something wasn't right so he stood behind the hardened glass of the bus stop to avoid any maybe "assassins" and/or goons.

The video evidence which is in HD and the high resolution images will prove everything the plaintiff is saying is 100% TRUE.

Even though it's 2023. Racism & Hate for Jewish people and/or disabled people is still a problem these days.

In case anything happens to the plaintiff. The plaintiff is always on guard now and now maybe has to live life in fear just because he needed his wheelchair on the bus. But since the plaintiff is Jewish. Jews aren't allowed to carry their wheelchairs on the bus it seems like based on the actions of the driver. This goes against everything the ADA stands for and/or civil rights laws and/or other laws.

The bus driver and/or station manager might send goons after the plaintiff to silence him.

The plaintiff however is VERY POWERFUL though so he's not worried.

**** END OF DOCUMENT ****

RECEIVED

APR 1 9 2023

DISTRICT COURT 06-01
ROCKVILLE, MD